**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :        CHAPTER 13
Troy Thompson

DEBTOR                           :        BKY. NO.   15-14725AMC13

**AMENDED PLAN SUMMARY**

$300.00 X 53= $15,900.00 TOTAL BASE AMOUNT

(A)    **CIBIK & CATALDO**        $3,000.00

(B)    **PNC**        Arrears of $11,320.70 with direct regular monthly payments with direct regular monthly payments.

(C)    No claims filed.

                                                Respectfully submitted,

DATE:   January 7, 2016            BY: /s/ Michael A. Cataldo
                                                MICHAEL A. CATALDO, ESQUIRE
                                                Cibik & Cataldo, P.C.
                                                1500 Walnut Street, Suite 900
                                                Philadelphia, PA   19102
                                                215-735-1060/fax 215-735-6769